IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL McKENZIE, : | |
|     Petitioner : | |
| : | No. 1:18-cv-2210 |
| v. : | |
| : | (Judge Rambo) |
| ERIC W. TICE, : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 23rd day of March 2020, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion requesting that the Court conduct an evidentiary hearing and a fact-developing procedure (Doc. No. 18) is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                          s/ Sylvia H. Rambo
                                          United States District Judge